IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD E. MASON,           ) | |
| ) | |
| Petitioner/Defendant,     ) | |
| ) | CIVIL NO. 06-cv-240-DRH |
| vs.                       ) | |
| ) | CRIMINAL NO. 04-cr-30022 |
| UNITED STATES of AMERICA, ) | |
| ) | |
| Respondent/Plaintiff.     ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

April 21, 2006                         By:    /s/  David  RHerndon
*Date*                                        *District Judge*